# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                       Defendant. | Case No. 6:21-CV-01000-ADA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff KT Imaging USA, LLC hereby voluntarily dismisses all claims against Defendant Microsoft Corporation in this action with prejudice. These claims are dismissed pursuant and subject to the terms of the SETTLEMENT AGREEMENT between the parties dated January 24, 2022, with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 24, 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ Dmitry Kheyfits* | By: */s/ Kelly C. Hunsaker* |
| Dmitry Kheyfits<br>State Bar No. 24115271<br>dkheyfits@kblit.com<br>Brandon G. Moore<br>State Bar No. 24082372<br>bmoore@kblit.com<br>Kheyfits Belenky LLP<br>108 Wild Basin Road, Suite 250<br>Austin, TX 78746<br>Tel: 737-228-1838<br>Fax: 737-228-1843 | William Logan<br>Texas Bar No. 24106214<br>Wlogan@winston.com<br>800 Capitol Street, Suite 2400<br>Houston, TX 77002-2925<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br><br>Kelly C. Hunsaker (*pro hac vice*)<br>Khunsaker@winston.com<br>WINSTON & STRAWN LLP<br>255 Shoreline Drive, Ste 520 |

<div style="display: flex;">
<div>

Andrey Belenky
State Bar No. 4524898
abelenky@kblit.com
Hanna G. Cohen
State Bar No. 4471421
hgcohen@kblit.com
Kheyfits Belenky LLP
80 Broad Street, 5th Floor
New York, NY 10004
Tel: 212-203-5399
Fax: 212-203-5399

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
cbartles@stafforddavisfirm.com
The Stafford Davis Firm, PC
815 South Broadway
Tyler, Texas 75702
Tel: (903) 593-7000
Fax: (903) 705-7369

*Attorneys for Plaintiff*
*KT Imaging USA, LLC*

</div>
<div>

Redwood Shores, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Robert N. Kang
Rkang@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Microsoft Corporation*

</div>
</div>

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 24, 2022, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                                  /s/ *Dmitry Kheyfits*
                                                    Dmitry Kheyfits